**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MOHAMED ISSA et al.,

Plaintiffs,

Case No. 25-14162
Hon. Jonathan J.C. Grey

v.

NATIONSTAR MORTGAGE et al.,

Defendants.
___________________________________/

**ORDER TO STRIKE ECF Nos. 43, 48, ORDER FOR EQUIFAX TO REFILE MOTION, and ORDER DENYING AS MOOT EQUIFAX'S EMERGENCY MOTION (ECF No. 47)**

On August 24, 2026, Defendant Equifax Information Solutions, LLC filed a motion for judgment on the pleadings. (ECF No. 43.) On September 8, 2026, Equifax filed an emergency motion to withdraw Exhibit D of the motion for judgment of the pleadings (ECF No. 47) and a corrected Exhibit D. (ECF No. 48.) For the reasons stated in the emergency motion, the Court concludes that Exhibit D should be stricken from Equifax's motion for judgment on the pleadings. However, Exhibit D is not filed as a separate exhibit but instead as a part of the motion itself.

Accordingly, the Court **ORDERS** the Clerk of the Court to **STRIKE ECF Nos. 43 and 48.**

**IT IS FURTHER ORDERED** that, **on or before September 28, 2026**, Equifax shall **REFILE** its motion for judgment on the pleadings in the same form as it filed that motion on August 24, 2026, except that the refiled motion shall include a corrected Exhibit D that does not contain improper information.

**IT IS FURTHER ORDERED** that Equifax's emergency motion (ECF No. 47) is **DENIED AS MOOT**.

**SO ORDERED**.

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Dated: September 21, 2026

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2026, by electronic and/or ordinary mail.

**s/Sandra Osorio**
Sandra Osorio
Case Manager